1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PATRICK DEMARC SAMPSON,              No. 07-cv-01300 MCE DAD P

12              Plaintiff,

13       vs.                            ORDER

14  C. BARTEN, et al.,

15              Defendants.

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On September 18, 2007, the magistrate judge filed findings and recommendations

21  herein which were served on plaintiff and which contained notice to plaintiff that any objections

22  to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

23  objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26  ORDERED that:

1

1          1.  The findings and recommendations filed September 18, 2007, are adopted in

2    full;

3          2.  Plaintiff's July 23, 2007 application to proceed in forma pauperis is denied;

4    and

5          3.  This action is dismissed without prejudice for failure to exhaust administrative

6    remedies.

7    Dated:  October 31, 2007

8

9    _____
     MORRISON C. ENGLAND, JR.
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26